| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Damich, Edward J. | 2. Court or Organization<br><br>U.S. Court of Federal Claims | 3. Date of Report<br><br>08/6/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>National Courts Building<br>717 Madison Pl., N.W.<br>Washington, DC 20439 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 9/1/76 | Teachers Insurance and Annuity/College Retirement Fund (retirement) |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/6/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/6/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank (checking account) | A | Interest | J | T | | | | | |
| 2. Unimproved Lots, Punta Gorda, FL ($30,000) | | None | K | S | | | | | |
| 3. Washington Real Estate Investment Trust | A | Dividend | J | T | | | | | |
| 4. TIAA/CREF (variable annuity) (H) | E | Int./Div. | O | T | | | | | |
| 5. --George Mason University Defined Contribution Plan | A | Interest | O | T | | | | | |
| 6. ---TIA Traditional | A | Interest | L | T | | | | | |
| 7. ---CREF Stock R2 | E | Dividend | N | T | | | | | |
| 8. ``Widener University Defined Contribution Retirement Plan | B | Interest | M | T | | | | | |
| 9. --Widener Univ Tax Deferred Annuity Plan | A | Interest | J | T | | | | | |
| 10. Morgan Stanley PM Acct (H) | E | Int./Div. | M | T | | | | | |
| 11. --Morgan Stanley Bank/Cash | A | Interest | J | T | | | | | |
| 12. --Alger Spectra A | | None | | | Sold | 01/06/17 | J | | |
| 13. --AIG Focused Div Strat A (X) | | None | J | T | Sold (part) | 01/25/17 | J | A | |
| 14. -- | | | | | Sold (part) | 01/06/17 | J | A | |
| 15. --Alger SMID Cap Focus Z | | | J | T | Buy | 09/14/17 | J | | |
| 16. --AMG TimesSq Intl SM CP 1 | A | Dividend | J | T | Buy | 05/05/17 | J | | |
| 17. --Del Emerging Mkt Inst | | None | J | T | Buy | 09/14/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/6/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Diamond Hill Small Mid Cap I | | None | | | Sold | 01/25/17 | J | B | |
| 19. --Direxion NASDAQ Eql Wt ETF | A | Dividend | J | T | Buy | 02/22/17 | J | | |
| 20. -- | | | | | Sold (part) | 09/14/17 | J | A | |
| 21. --EV Floating Rate I | | None | J | T | Buy | 01/06/17 | J | | |
| 22. -- | | | | | Buy (add'l) | 05/05/17 | J | | |
| 23. -- | | | | | Sold (part) | 09/14/17 | J | A | |
| 24. --Energy Sel Sect SPDR FD | | None | | | Buy | 01/06/17 | J | | |
| 25. -- | | | | | Sold | 02/22/17 | J | A | |
| 26. --Financial SEL Sect SPDR FD | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 27. -- | | | | | Buy (add'l) | 05/05/17 | J | | |
| 28. --First Trust Valu.LN Div IDX | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 29. -- | | | | | Sold (part) | 01/25/17 | J | A | |
| 30. --First Trust Asia Pac Ex-Japn | A | Dividend | J | T | Buy | 05/05/17 | J | | |
| 31. --First Trust Develp Mkt Ex-US | A | Dividend | J | T | Buy | 09/14/17 | J | | |
| 32. --First Trust Managed Municipal | | None | | | Sold | 01/06/17 | J | | |
| 33. --First Trust NASDAQ 100 Tech | A | Dividend | J | T | Buy | 01/25/17 | J | | |
| 34. --FT EM SC Alphadex | A | Dividend | J | T | Buy | 09/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/6/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --FT-Preferred Secur & Inc ETF | A | Dividend | J | T | Buy | 05/05/17 | J | | |
| 36. --Global ST High Yield | A | Dividend | | | Buy | 01/06/17 | J | | |
| 37. -- | | | | | Sold (part) | 05/05/17 | J | | |
| 38. -- | | | | | Sold | 05/15/17 | J | | |
| 39. --Guggenheim BulletShares HY2017 | A | Dividend | | | Sold (part) | 01/06/17 | J | | |
| 40. -- | | | | | Sold | 05/05/17 | J | | |
| 41. --Hartford Intl Value I | A | Dividend | J | T | Buy | 01/25/17 | J | | |
| 42. -- | | | | | Sold (part) | 05/05/17 | J | A | |
| 43. --Hartford SCHR US SMMD CP Opp 1 | | None | | | Buy | 01/25/17 | J | | |
| 44. -- | | | | | Sold (part) | 05/05/17 | J | | |
| 45. -- | | | | | Sold | 09/14/17 | J | A | |
| 46. --Health Care Sel Sect SPDR FD | A | Dividend | J | T | Buy | 01/25/17 | J | | |
| 47. --IShares Core 1-5 YR USD Bond | A | Interest | J | T | Sold (part) | 01/25/17 | J | A | |
| 48. --IShares Core MSCI Europe | A | Dividend | | | Buy | 05/05/17 | J | | |
| 49. -- | | | | | Sold | 09/14/17 | J | A | |
| 50. --IShares IBonds Dec 2017 T Corp | | None | | | Buy | 01/06/17 | J | | |
| 51. -- | | | | | Sold | 01/25/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/6/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IShares Inc MSCI Japan ETF | | None | | | Buy | 01/25/17 | J | | |
| 53. -- | | | | | Sold | 05/05/17 | J | A | |
| 54. --IShares S&P 500 Growth ETF | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 55. -- | | | | | Sold (part) | 05/05/17 | J | A | |
| 56. --Loomis Growth Y | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 57. -- | | | | | Sold (part) | 01/25/17 | J | A | |
| 58. --Lord Abbett Hi Yld Fd | | None | J | T | Buy | 01/06/17 | J | | |
| 59. --MSIF Intl Advantage PTF I | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 60. -- | | | | | Buy (add'l) | 09/14/17 | J | | |
| 61. --Nationwide Geneva SMCP GW F | A | Dividend | J | T | Buy | 02/22/17 | J | | |
| 62. -- | | | | | Sold (part) | 05/05/17 | J | A | |
| 63. --Nuveen High Income December 18 | A | Dividend | J | T | | | | | |
| 64. --Nuveen High Income December 19 | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 65. --PowerShares Dyn Lrg Cap Value | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 66. -- | | | | | Sold (part) | 01/25/17 | J | | |
| 67. -- | | | | | Sold (part) | 05/05/17 | J | A | |
| 68. --PowerShares Russell 2000 Pure | A | Dividend | | | Buy | 02/22/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/6/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- | | | | | Sold (part) | 05/05/17 | J | | |
| 70. -- | | | | | Sold | 09/14/17 | J | | |
| 71. --PowerShares S&P Mid 400 DVD Arist | A | Dividend | J | T | Sold (part) | 01/25/17 | J | | |
| 72. -- | | | | | Sold (part) | 05/05/17 | J | | |
| 73. -- | | | | | Sold (part) | 09/14/17 | J | A | |
| 74. --Prudential Long Short Eq Z | | None | J | T | Sold (part) | 01/25/17 | J | | |
| 75. -- | | | | | Sold (part) | 05/05/17 | J | | |
| 76. -- | | | | | Sold (part) | 09/14/17 | J | A | |
| 77. --Prudential Total Return Bd Z | | None | J | T | Buy | 01/25/17 | J | | |
| 78. -- | | | | | Buy (add'l) | 09/14/17 | J | | |
| 79. --Sentinel Intl Eq I | | None | | | Buy | 05/05/17 | J | | |
| 80. -- | | | | | Sold | 08/31/17 | J | A | |
| 81. --SPDR S&P 600 Sm Cap Val ETF | A | Dividend | J | T | Buy | 09/14/17 | J | | |
| 82. --SPDR S&P BioTech | A | Dividend | J | T | Buy | 05/05/17 | J | | |
| 83. --SPDR S&P Emg Mkts ETF | A | Dividend | | | Buy | 01/25/17 | J | | |
| 84. -- | | | | | Buy (add'l) | 05/05/17 | J | | |
| 85. -- | | | | | Buy (add'l) | 05/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- | | | | | Sold | 09/14/17 | J | B | |
| 87. --Technology Sel Sec SPDR FD | A | Dividend | | | Buy | 01/06/17 | J | | |
| 88. -- | | | | | Sold | 05/05/17 | J | | |
| 89. --TransAmerica Enhanced Muni | A | Dividend | | | Sold | 01/06/17 | J | A | |
| 90. --Western Asset Macro Opport | A | Dividend | J | T | Sold (part) | 01/06/17 | J | | |
| 91. -- | | | | | Buy | 05/05/17 | J | | |
| 92. --WisdomTree Small Cap Div Fund | A | Dividend | | | Sold (part) | 01/06/17 | J | | |
| 93. -- | | | | | Sold | 02/22/17 | J | A | |
| 94. Morgan Stanley IRA (H) | E | Int./Div. | N | T | | | | | |
| 95. --AIG Foc Div Strat A (X) | B | Dividend | K | T | Sold (part) | 01/04/17 | J | | |
| 96. -- | | | | | Sold (part) | 05/02/17 | J | | |
| 97. -- | | | | | Sold (part) | 12/21/17 | J | B | |
| 98. --Alger SMID Cap Focus Z | B | Dividend | J | T | Buy | 09/13/17 | J | | |
| 99. --AMG Times Sq Intl SM CP I | A | Dividend | J | T | Buy | 05/02/17 | J | | |
| 100. --Delaware Emerging Markets Inst | | None | K | T | Buy | 09/15/17 | K | | |
| 101. --Direxion NASDAQ Eql Wgt ETF | A | Dividend | J | T | Buy | 02/22/17 | J | | |
| 102. --EV Floating Rate I | | None | J | T | Buy | 01/04/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/6/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- | | | | | Buy (add'l) | 05/02/17 | J | | |
| 104. -- | | | | | Sold (part) | 09/19/17 | J | | |
| 105. -- | | | | | Sold (part) | 12/21/17 | J | A | |
| 106. --Energy SEL Sect SPDR FD | | None | | | Buy | 01/04/17 | J | | |
| 107. -- | | | | | Sold | 02/22/17 | J | | |
| 108. --Financial SEL Sect SPDR Fd | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 109. -- | | | | | Buy (add'l) | 05/02/17 | J | | |
| 110. --First TR Valu.LN Div | A | Dividend | J | T | Sold (part) | 01/04/17 | J | | |
| 111. -- | | | | | Sold (part) | 01/25/17 | J | A | |
| 112. --First Trust Asia Pac Ex-Japan | A | Dividend | J | T | Buy | 05/02/17 | J | | |
| 113. -- | | | | | Sold (part) | 09/15/17 | J | A | |
| 114. --First Trust Develp Mkt Ex-US | A | Dividend | K | T | Buy | 09/13/17 | K | | |
| 115. --First Trust NASDAQ 100 Tech | A | Dividend | J | T | Buy | 01/25/17 | J | | |
| 116. --FT EM SC Alphadex | A | Dividend | J | T | Buy | 09/13/17 | J | | |
| 117. --FT Preferred Secur & Inc ETF | A | Dividend | J | T | Buy | 05/02/17 | J | | |
| 118. --Global ST High Yield | A | Dividend | | | Buy | 01/04/17 | J | | |
| 119. -- | | | | | Sold (part) | 05/15/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/6/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -- | | | | | Sold | 05/31/17 | J | | |
| 121. --Guggenheim Bullet Shares HY 2017 | A | Dividend | | | Sold (part) | 01/04/17 | J | | |
| 122. -- | | | | | Sold | 05/02/17 | J | A | |
| 123. --Hartford Intl Value | A | Dividend | K | T | Sold (part) | 05/02/17 | J | | |
| 124. --Hartford SCHR US Mid Cap Opp | | None | | | Sold (part) | 01/04/17 | J | | |
| 125. -- | | | | | Sold (part) | 05/02/17 | J | | |
| 126. -- | | | | | Sold | 09/13/17 | J | A | |
| 127. --Health Care SEL Sect SPDR FD | A | Dividend | J | T | Buy | 05/02/17 | J | | |
| 128. --IShares Core 1-5 YR USD Bond | A | Interest | | | Sold (part) | 01/04/17 | J | | |
| 129. -- | | | | | Sold (part) | 05/02/17 | J | | |
| 130. -- | | | | | Sold | 12/21/17 | J | | |
| 131. --IShares Core MSCI Europe | A | Dividend | | | Buy | 05/02/17 | J | | |
| 132. -- | | | | | Sold | 09/13/17 | J | A | |
| 133. --IShares IBonds Dec 2017 T Corp | | | | | Buy | 01/04/17 | J | | |
| 134. -- | | | | | Sold | 01/25/17 | J | | |
| 135. --IShares Inc MSCI Japan ETF | | None | | | Buy | 01/25/17 | J | | |
| 136. -- | | | | | Sold | 05/02/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/6/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  --IShares S&P 500 Growth ETF | A | Dividend | K | T | Buy | 01/04/17 | J | | |
| 138.  -- | | | | | Sold (part) | 05/02/17 | J | | |
| 139.  -- | | | | | Sold (part) | 12/21/17 | J | B | |
| 140.  --John Hancock Intl Growth I | | None | K | T | Buy | 09/01/17 | K | | |
| 141.  -- | | | | | Buy (add'l) | 09/13/17 | J | | |
| 142.  --Loomis Growth | A | Dividend | K | T | Sold (part) | 01/04/17 | J | | |
| 143.  -- | | | | | Sold (part) | 05/02/17 | J | | |
| 144.  -- | | | | | Sold (part) | 09/19/17 | J | A | |
| 145.  --Lord Abbett High Yield Fd | | None | J | T | Buy | 01/04/17 | J | | |
| 146.  --Morgan Stanley Bank/Cash | A | Interest | K | T | | | | | |
| 147.  --Nationwide Geneva SM Cap GW | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 148.  --Nuveen High Income Dec 2018 | A | Dividend | J | T | Sold (part) | 01/04/17 | J | A | |
| 149.  --Nuveen High Income Dec 2019 | A | Dividend | J | T | Sold (part) | 01/04/17 | J | | |
| 150.  -- | | | | | Buy | 05/02/17 | J | | |
| 151.  --PowerShares Dyn Lrg Cap Value | A | Dividend | K | T | Buy | 01/04/17 | J | | |
| 152.  -- | | | | | Sold (part) | 05/02/17 | K | | |
| 153.  -- | | | | | Sold (part) | 12/21/17 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/6/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  --PowerShares Russell 2000 Pure | A | Dividend | | | Buy | 01/04/17 | J | | |
| 155.  -- | | | | | Sold (part) | 05/02/17 | J | | |
| 156.  -- | | | | | Sold | 09/13/17 | J | | |
| 157.  --Proshrs S&P Mid 400 DVD Arist | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 158.  -- | | | | | Sold (part) | 05/02/17 | K | | |
| 159.  -- | | | | | Sold (part) | 09/13/17 | J | A | |
| 160.  --Prudential QMA Long Short Eq Z | | None | J | T | Sold (part) | 05/02/17 | J | | |
| 161.  -- | | | | | Sold (part) | 09/13/17 | J | | |
| 162.  --Prudential Total Return BD | A | Dividend | K | T | Sold (part) | 01/04/17 | K | B | |
| 163.  -- | | | | | Buy | 05/02/17 | K | | |
| 164.  -- | | | | | Buy (add'l) | 09/13/17 | J | | |
| 165.  --Sentinel Intl Equity I | | None | | | Buy | 05/02/17 | K | | |
| 166.  -- | | | | | Sold | 09/01/17 | K | A | |
| 167.  --SPDRS&P 600 Sm Cap Val ETF | A | Dividend | J | T | Buy | 09/13/17 | K | | |
| 168.  --SPDR S&P BioTech | A | Dividend | J | T | Buy | 05/02/17 | J | | |
| 169.  --SPDR S&P Emg Mkts ETF | A | Dividend | | | Buy | 01/25/17 | J | | |
| 170.  -- | | | | | Buy (add'l) | 05/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/6/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- | | | | | Buy (add'l) | 05/15/17 | J | | |
| 172. -- | | | | | Sold (part) | 09/13/17 | J | C | |
| 173. -- | | | | | Sold | 09/15/17 | K | | |
| 174. --Technology Sel Sec SPDR Fd | A | Dividend | | | Buy | 01/04/17 | J | | |
| 175. -- | | | | | Sold | 05/02/17 | J | A | |
| 176. --Western Asset Macro Opport | A | Dividend | K | T | Sold (part) | 01/04/17 | J | A | |
| 177. -- | | | | | Buy | 05/02/17 | J | | |
| 178. -- | | | | | Buy (add'l) | 09/13/17 | J | | |
| 179. --WisdomTree Small Cap Div | A | Dividend | | | Sold (part) | 01/04/17 | J | | |
| 180. -- | | | | | Sold | 05/02/17 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Damich, Edward J. | 08/6/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II. Agreements

I have participated in this retirement plan since 9/1/76 at Delaware Law School (now Widener University Law School) and at George Mason University Law School. Employer contributions from these institutions ceased when I left employment with them, but my retirement remains vested.

VII. Investments and Trusts

Sun America, listed on my 2017 form, changed its name to AIG.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Edward J. Damich

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544